[No. 4081-1.   Division One.   July 6, 1976.]

MARTHA M. DELANOY, *as Executrix, Appellant*, v. CHRIST M. HERZOG, JR., *Individually and as Executor, Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 54295, Edward P. Reed, J., entered June 26, 1974. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Williams, C.J., and Swanson, J.

[No. 1706-2.   Division Two.   July 6, 1976.]

JAMES H. POTTER, ET AL, *Appellants*, v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN, AND HELPERS OF AMERICA, LOCAL 313, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 224099, John D. Cochran, J., entered December 6, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 1993-2.   Division Two.   July 6, 1976.]

R. R. GREIVE, *Petitioner*, v. THE STATE OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 49243, Robert J. Doran, J., entered February 11, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 1642-2.   Division Two.   July 8, 1976.]

SKY REALTY, *Appellant*, v. R.B.I. LTD., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 221817, Waldo F. Stone, J., entered September 27, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.